23 A.3d 1052

COMMONWEALTH of Pennsylvania, Respondent

v.

Nicholas E. PATRICK, Petitioner.

Supreme Court of Pennsylvania.

July 19, 2011.

## ORDER

PER CURIAM.

**AND NOW,** this 19th day of July 2011, the Petition for Allowance of Appeal is **DENIED.**

Justice TODD did not participate in the consideration or decision of this matter.

Justice ORIE MELVIN did not participate in the consideration or decision of this matter.